**Order entered February 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00100-CV

### ELDA TELLE, ELAINE BOSCH, CAITLIN DICKEY, AND CHICAGO TITLE OF TEXAS, LLC, Appellants

### V.

### CAPITAL TITLE OF TEXAS, LLC, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-01185-2021**

## ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Before the Court is appellants' February 23, 2022 joint letter brief. Appellants request that their notice of appeal be treated as a petition for mandamus. They also seek additional time to file briefing in support of the mandamus petition and to include in the mandamus record certain records previously filed in cause number 05-21-00328-CV, their pending appeal from the temporary injunction in the same underlying case.

We **GRANT** appellants' requests. Accordingly, we **DIRECT** the Clerk of the Court to convert the appeal under this cause number into an original proceeding under the same cause number and change the caption to *In re Elda Telle, Elaine Bosch, Caitlin Dickey, and Chicago Title of Texas, LLC*, relators.

We **DIRECT** the Clerk of the Court to include in the records of this proceeding the following records previously filed in cause number 05-21-00328-CV: the Clerk's record filed on May 15, 2021, a reporter's record filed on May 11, 2021, and a supplemental reporter's record filed on July 6, 2021.

Finally, we **DIRECT** relators to file on or before **March 9, 2022**, a mandamus petition, and supplemental records as necessary, in compliance with Texas Rule of Appellate Procedure 52.

/s/ Dennise Garcia
DENNISE GARCIA
JUSTICE